IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RAUSHANNAH MYERS BOWLES, | ) | CASE NO. CR407-171 |
| | ) | |
| Defendant. | ) | |
| | ) | |

## O R D E R

Before the Court are Defendant Bowles's letters dated May 18 and July 25, 2008. (Docs. 33 & 35.) The Court construes these two letters as Motions to Correct or Reduce Sentence pursuant to Federal Rule of Criminal Procedure 35. For the following reasons, the Court **DENIES** Defendant's Motions.

Defendant pled guilty to one count of Receipt of a Firearm by a Person Under Indictment in violation of 18 U.S.C. § 922(n). (Doc. 27.) On February 20, 2008, Judge Nangle sentenced Defendant to 18 months in prison after (Doc. 30.) The sentence was within Defendant's guideline range for that offense. (Id.)

Defendant's letters ask this Court to reduce her sentence. Defendant fails to identify any specific rule or statute for her reduction, but appears to be requesting the reduction under Federal Rule of Criminal Procedure 35.

Rule 35(a) allows the Court, within seven days of sentencing, to "correct a sentence that resulted from arithmetical, technical, or other clear error." Defendant failed to allege any clear error within seven days of her sentencing.[1] Accordingly, Defendant's Motion to Correct or Reduce Sentence is **DENIED**.

SO ORDERED this 10th day of September, 2008.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Rule 35(b) allows the Government to petition the Court for a reduction in sentence. The Government has not moved to reduce Defendant's sentence.